IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Clark Jr, ST | Case Number: 07 B 15471 |
| | Judge: Wedoff, Eugene R |
| Printed: 8/5/08 | Filed: 8/25/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: June 19, 2008
Confirmed: December 13, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 2,833.99 | |
| Secured: | | 507.95 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 2,173.00 |
| Trustee Fee: | | 153.04 |
| Other Funds: | | 0.00 |
| Totals: | 2,833.99 | 2,833.99 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Bennie W Fernandez | Administrative | 2,173.00 | 2,173.00 |
| 2. | Indymac Bank | Secured | 0.00 | 0.00 |
| 3. | Indymac Bank | Secured | 34,954.08 | 507.95 |
| 4. | Sprint Nextel | Unsecured | 534.96 | 0.00 |
| 5. | Portfolio Recovery Associates | Unsecured | 838.19 | 0.00 |
| 6. | Portfolio Recovery Associates | Unsecured | 1,602.56 | 0.00 |
| 7. | Resurgent Capital Services | Unsecured | 2,329.18 | 0.00 |
| 8. | Jaguar Credit Corporation | Secured | | No Claim Filed |
| 9. | Jaguar Credit Corporation | Unsecured | | No Claim Filed |
| 10. | H & F Law Offices | Unsecured | | No Claim Filed |
| 11. | H & F Law Offices | Unsecured | | No Claim Filed |
| 12. | H & F Law Offices | Unsecured | | No Claim Filed |
| 13. | JC Penney Corporation Inc | Unsecured | | No Claim Filed |
| 14. | HSBC Bank USA | Unsecured | | No Claim Filed |
| 15. | Midland Credit Management | Unsecured | | No Claim Filed |
| 16. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 17. | John P Frye, P.C. | Unsecured | | No Claim Filed |
| 18. | Triton College | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 42,431.97 | $ 2,680.95 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 153.04 |
| | _____ |
| | $ 153.04 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Clark Jr, ST

Printed: 8/5/08

Case Number: 07 B 15471
Judge: Wedoff, Eugene R
Filed: 8/25/07

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

